IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Factory 2-U Stores, Inc. et al

---

| | | |
|---|---|---|
| Jeoffrey L. Burtch, Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.   07-711 |
| v. | ) | |
| | ) | |
| GMAC Commercial Finance LLC, | ) | |
| Star Regent Apparel Inc. and Star Regent | ) | |
| International Inc. | ) | |
| | ) | |
| | ) | Adversary Case No.   05-30476 |
| Defendants | ) | Bankruptcy Case No.   04-10111 |

**NOTICE**

A Motion To Withdraw the Reference to the Bankruptcy Court was docketed in the U.S. District Court on 11/5/07.   **Upon assignment of this case, counsel shall submit to the Clerk's Office of the U.S. District Court courtesy copies of the Motion to Withdraw and any related briefing**.

When filing papers, please include the case caption, civil action number, and the initials of the Judge assigned.   Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   11/5/07

To:   Hon. Peter J. Walsh
U.S. Bankruptcy Court
Counsel